IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TITA CAMILOTES, et al., individually and on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RESURRECTION HEALTH CARE CORPORATION, et al.,<br><br>    Defendants. | No. 1:10-CV-00366<br><br>Judge: Amy J. St. Eve |

**APPENDIX IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF ILLINOIS CLAIMS**

**DOCUMENT**                                                                                                                               **TAB**

### MISCELLANEOUS

Chart of facts claimed by Plaintiffs and disputed by Defendants ................................................. 1

### DEPOSITIONS[1]

Boyle, Diane (under seal) ............................................................................................................... 2
Madansky, Albert (certain excerpts under seal)
    Ex. 3 (under seal)
    Ex. 7 (under seal) .................................................................................................................. 3

### DECLARATIONS

**HR Vice President**

Brown, Denise ................................................................................................................................ 4

---

[1] Relevant pages only

**DOCUMENT**                                                    **TAB**

**HR Directors**

McKinley, Ivy ..................................................................................................................... 5
Piekielny, Sara .................................................................................................................... 6

**Nurse Manager**

Mersha, Sisay ...................................................................................................................... 7
Nierzwicki, Diane ............................................................................................................... 8

**Nurses**

Angeli, Linda ...................................................................................................................... 9
Calalang, Imelda ................................................................................................................ 10
Connors, Elizabeth ............................................................................................................ 11
Gaden, Melvyn .................................................................................................................. 12
Indreiu, Emanuela ............................................................................................................. 13
Jimenez, Hilda ................................................................................................................... 14
Jimenez, Julio .................................................................................................................... 15
Opris, Dorin ....................................................................................................................... 16
Strack, Ann ........................................................................................................................ 17
Yasay, Yolanda ................................................................................................................. 18
Yuh, Jae Han ..................................................................................................................... 19

**Other**

Woods, Ann-Marie (Supplemental)
   Ex. A ............................................................................................................................ 20

### UNPUBLISHED CASES

*Brooks v. BellSouth Telecomm.*,
No. 07-CV-3054-ODE, 2009 U.S. Dist. LEXIS 20552 (N.D. Ga. Feb. 10, 2009) ..................... 21

*Burkhardt v. CitiFinancial, Inc.*,
No. 08-1289, 2010 WL 457122 (W.D. Pa. Feb. 4, 2010) ......................................................... 22

*Cruz v. Dollar Tree Stores, Inc.*,
No. 07-2050 SC, 07-4012 SC, 2011 WL 2682967 (N.D. Cal. July 8, 2011) ............................ 23

| DOCUMENT | TAB |
|---|---|
| *Debose v. Broward Health,*<br>No. 08-61411, 2009 U.S. Dist. LEXIS 117509 (S.D. Fla. Dec. 17, 2009) | 24 |
| *DeMarco v. Nw. Mem'l Healthcare,*<br>No. 10-cv-397, 2011 WL 3510896 (N.D. Ill. Aug. 10, 2011) | 25 |
| *Eng-Hatcher v. Sprint Nextel Corp.,*<br>No. 07-cv-7350 2009 WL 7311383 (S.D.N.Y. Nov. 13, 2009) | 26 |
| *Epps v. Oak Street Mortg., LLC,*<br>No. 04-cv-46-OC-10 GRJ, 2006 WL 1460273 (M.D. Fla. May 22, 2006) | 27 |
| *Espenscheid v. Direct Sat USA, LLC,*<br>No. 09-cv-625, 2011 WL 2009967 (W.D. Wis. May 23, 2011) | 28 |
| *G.M. Sign, Inc. v. Brink's Mfg. Co.,*<br>No. 09-cv-5528, 2011 WL 248511 (N.D. Ill. Jan. 25, 2011) | 29 |
| *Hadjavi v. CVS Pharm. Inc.,*<br>No. CV 10-04886 SJO (RCR), 2011 U.S. Dist. LEXIS 86341 (C.D. Cal. July 25, 2011) | 30 |
| *Hughes v. Winco Foods,*<br>No. ED CV11-00644 JAK (OPx), 2012 WL 34483 (C.D. Cal. Jan. 4, 2012) | 31 |
| *Kochert v. Greater Lafayette Health Servs., Inc.,*<br>No. 01-cv-0027, 2004 WL 5508665 (N.D. Ind. Nov. 17, 2004) | 32 |
| *Martino v. MCI Commc'ns Servs., Inc.,*<br>No. 08-cv-4811, 2008 WL 4976213 (N.D. Ill. Nov. 20, 2008) | 33 |
| *Mateo v. V.F. Corp.,*<br>No. C 08-05313 CW, 2009 WL 3561539 (Oct. 27, 2009) | 34 |
| *McLean v. Health Systems, Inc.,*<br>No. 11-03037, cv-5-DGK, 2012 U.S. Dist. LEXIS 22874 (W.D. Mo. Feb. 23, 2012) | 35 |
| *McReynolds v. Lynch,*<br>No. 05 c 6583, 2010 WL 3184179 N.D. Ill. Aug. 9, 2010) | 36 |
| *Novak v. Boeing Co.,*<br>No. SACV 09-01011-CJC(ANx), 2011 U.S. Dist. LEXIS 146676<br>(C.D. Cal. Dec. 19, 2011) | 37 |

| **DOCUMENT** | **TAB** |
|---|---|

*Richardson v. Wells Fargo Bank, N.A.,*
No. 11-cv-738, 2012 WL 334038 (S.D. Tex. Feb. 2, 2012) .......................................................38

*Sorenson v. CHT Corp.,*
No. 03-cv-1609, 2004 WL 442638 (N.D. Ill. Mar. 10, 2004) ....................................................39

*Wong v. AT&T Mobility Servs. LLC,*
No. CV 10-8869-GW(FMOx), 2011 U.S. Dist. LEXIS 125988
(C.D. Cal. Oct. 20, 2011) ...........................................................................................................40

U.S. Dep't of Labor Wage & Hour Div., Opinion No.
FLSA 2008-1NA (Feb. 14, 2008) ...............................................................................................41

 

         Respectfully submitted,

         RESURRECTION HEALTH CARE
         CORPORATION, et al.

         By: s/ Michael G. Cleveland
           One of Its Attorneys

Michael G. Cleveland
Thomas M. Wilde
Joseph K. Mulherin
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: +1 (312) 609-7500

Dated: July 13, 2012

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of APPENDIX IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF ILLINOIS CLAIMS was served on:

>Douglas M. Werman
>Maureen A. Bantz
>David E. Stevens
>Werman Law Office, P.C.
>77 W. Washington, Suite 1402
>Chicago, IL  60602

by electronic means, on July 13, 2012.

s/ Michael G. Cleveland
An Attorney for Defendants
