# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

TITA CAMILOTES, et al.,

        Plaintiff,

v.

RESURRECTION HEALTH CARE
CORPORATION, et al.,

        Defendant.

No. 1:10-CV-00366

## DECLARATION OF LINDA ANGELI

I, Linda Angeli, declare under penalty of perjury under the laws of the United States and the State of Illinois as follows:

1.      I have personal knowledge of all matters set forth in this declaration and, if called to testify, could competently testify thereto.

2.      I am over the age of 18 and a resident of the State of Illinois.

3.      Since 1983, I have worked at Westlake Hospital as a registered nurse in the Surgical Services unit. Currently, I am the informatics nurse for the unit and the team leader of the Sterile Processing department.

4.      My duties as the informatics nurse entail maintaining scheduling systems, entering surgery data and occasionally caring for nurses' patients when coverage for meal breaks is needed. My duties as a team leader include maintaining equipment and assisting with any issues that arise in the department.

5.      Nurses in the Sterile Processing department work 8-, 10- and 12-hour day and evening shifts. Typically, I work four 10-hour day shifts.

6.      Nurse staffing and scheduling is dependent on the patient census in the department. Nurses are sent home from their shifts if the patient census is low. If the census is

high, registry staff nurses provide additional staffing assistance.

7.     My direct supervisor is Mary Wolf, the Director of Surgical Services.

8.     The Surgical Services unit encompasses three floors: Sterile Processing is located in the basement, the locker and lounge are located on the first floor and seven surgical suites are located on the second floor.

9.     As a new hire at Westlake Hospital, I attended a brief general orientation.  In addition, I participated in an orientation specific to the Surgical Services department, led by a preceptor who educated me on the department's policies and procedures.

10.     During my hospital orientation, I recall receiving timekeeping training in the hospital's computer lab.  When the hospital began utilizing the current timekeeping system, I was given instructions regarding how to swipe in and out using the unit and shift codes on the new time clocks.  The time clock I use is located outside of the locker room.

11.     Should I make any timekeeping errors, I am instructed to record the error in the unit's notebook called the "red book."  Either Donna Leder, a licensed practitioner nurse, or I review the book and edit nurses' timecards accordingly.

12.     As an informatics nurse, my meal periods are not scheduled.  I take my meal break when there are breaks in my work schedule.  I do not need to arrange for coverage. Occasionally, I will cover for nurses in Surgical Services so they can take uninterrupted meal breaks.  I typically take my meal break in the computer office where I work or at the outdoor tables near the cafeteria.

13.     I do not carry a unit pager or cell phone.

14.     I am completely relieved during my meal break, and most days, I am able to take the 30-minutes meal period without interruption.  At times, I choose to halt my break if there is

an emergency in the unit. Typically, these interruptions are brief, and I am able to resume and complete the remainder of my meal break after addressing the situation. I do not know of any nurse who has been disciplined for refusing to halt her meal break.

15.     I rarely miss my meal break. When I do, I record it in the red calendar book located at the front desk. I do not inform my supervisor or any other hospital employee when I miss my meal break. The licensed practitioner nurse or I review the calendar book and enter missed meal breaks in the time keeping system to ensure that nurses are paid for the additional 30 minutes.

16.     I have never been pressured by management or the department staff to work through my meal period. I record a missed meal break approximately once a month, and I am consistently paid for the additional 30 minutes. If I only miss a few minutes of my 30-minute meal break, I choose not to record the time worked. On those occasions, I do not inform my supervisor or any other hospital employee that I worked through my meal break and did not record it.

17.     I believe there are a sufficient number of nurses scheduled in my unit on each shift to allow nurses to take uninterrupted meal breaks.

Declarant says nothing further.

Dated: May 17, 2012

Linda Angeli