# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TITA CAMILOTES, et al., | |
| Plaintiff, | |
| v. | No. 1:10-CV-00366 |
| RESURRECTION HEALTH CARE CORPORATION, et al., | |
| Defendant. | |

## DECLARATION OF IMELDA CALALANG

I, Imelda Calalang, declare under penalty of perjury under the laws of the United States and the State of Illinois as follows:

1. I have personal knowledge of all matters set forth in this declaration and, if called to testify, could competently testify thereto.

2. I am over the age of 18 and a resident of the State of Illinois.

3. Since 1998, I have worked at West Suburban Medical Center as a staff nurse in the Gastroenterology Laboratory (GI Lab). Additionally, I am the clinical educator for the unit, responsible for orientations, staff scheduling and maintaining statistical records of the procedures performed in the unit each month. Prior to 2007, I worked as a registry nurse in the GI Lab.

4. Nurses in the GI Lab are assigned to work 8-hour shifts, with staggered start times throughout the morning. The last shift of the day ends as early as 2 p.m. when there is low census or as late as 7 p.m. when there are late cases or procedures.

5. Typically, there are eight nurses and three technicians scheduled on each shift. However, the number of nurses scheduled can vary depending on patient census. Because patients are typically scheduled in advance for appointments throughout the day, the unit can predict patient census to a certain extent and schedule nurses accordingly. However, in-patient

appointments and walk-in patients can increase patient census, and if this occurs, registry nurses will be called in to assist in the unit. If there are patient cancellations or there is low work activity, nurses will be relieved from their shifts early for mandatory paid time off.

6. My direct supervisor in the GI Lab is Robert Zabala, the nurse manager. Robert Zabala is also responsible for patient care. Typically, there is no charge nurse in the unit.

7. As a new hire at the hospital, I attended a daylong general orientation program regarding hospital policies and procedures. In addition, I received on-going training in the GI Lab, conducted by senior staff nurses who oriented me to the policies and procedures specific to the unit. Staff nurses must receive competency for all the procedures performed in the GI Lab and must become familiar with the instruments and technology used in the unit.

8. When the hospital implemented the current time keeping system, I received a demonstration regarding how to correctly clock in and out using the shift and cost center codes on the key pad system. Specifically, I learned how to record a "no lunch punch." The hospital provided written materials, listing the shift and cost center codes and instructions for accurate punches. The list of codes is also posted near the unit's time clock.

9. If I have entered any incorrect time punches or missed a time punch, I am instructed to verbally inform my manager, Robert Zabala, and complete a form indicating the time and reason for the time clock error or missed punch. Robert Zabala is responsible for reviewing nurses' time cards and making the necessary changes in the time keeping system.

10. In the GI Lab, meal breaks are scheduled between 10:30 a.m. and 2 p.m. according to the order in which nurses started their shifts. Robert Zabala is responsible for making the daily meal break assignments and arranging for nurse coverage. Adjustments can be made to the schedule to accommodate nurses who are with patients. If there is low patient

census, nurses typically do not need assigned coverage for their patients during meal breaks.

11. I take my meal break in the nurses' break room located outside the unit. Occasionally, I will buy food from the cafeteria and bring it back to the break room to eat my lunch. The GI Lab's break room was recently renovated, and it is a comfortable place for nurses to take a break from their duties on the unit and enjoy their meal periods. During this time, I typically eat my lunch, make calls on my personal cell phone and check my e-mail.

12. I do not carry a hospital cell phone with me during my shift or while I am on my meal break. If I am at home on-call, the physician can reach me by pager or personal cell phone for emergency procedures after my shift is completed or during the weekends.

13. I do not feel as though I am on standby during my meal break nor am I required to make myself readily available to other nurses and doctors during my meal period. However, I prefer to stay close to the unit during my meal break in case there is an emergency; this is a personal preference. It is extremely rare that I would need to respond to a patient emergency during my meal period.

14. I am rarely interrupted during my meal break. Generally, I am able to take my full 30-minute meal break without interruption. Interruptions to my meal period usually relate to matters that I did not address prior to taking my meal break. Typically, these interruptions are brief and consist of short questions and verification regarding patient status and procedures. I am not required to halt my break for these brief interruptions; it is my personal choice to do so. If I am interrupted during my meal break, I always resume and complete the remainder of my half-hour meal period.

15. Nurses in the GI Lab are instructed to inform Robert Zabala of any missed meal periods in addition to completing a correction form documenting the missed meal breaks.

Nurses are made aware of the option to enter a "no lunch punch" in the time keeping system, but, to my knowledge, no nurse in the GI Lab employs this method for recording missed meal breaks. Robert Zabala ensures all nurses in the GI Lab have the opportunity to take a meal break during their shift. It is extremely rare that nurses would not be able to take a meal period if they wanted one.

16. On the rare occasion I miss my entire 30-minute meal break, I inform my manager and document my missed meal break on a form in the log book, and I am paid for an additional half-hour of work. Nurses in the GI Lab are consistently encouraged to take a full meal break. I have never been pressured to work through a meal period, nor have I been discouraged from entering a "no lunch punch" or recording my missed meal period if I am unable to take my meal break.

17. I believe the nurse staffing levels in the GI Lab are sufficient to meet and manage the needs of patients while allowing time for uninterrupted meal breaks.

Declarant says nothing further.

Dated: June 9, 2011

_____
Imelda Calalang